IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| CARL MARK DANIELS, AS PR FOR THE ESTATE OF DELTON DANIELS, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 4:17-cv-02300-RBH |
| FCA US, LLC F/K/A CHRYSLER GROUP, LLC, SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION, AND NOLAN'S SERVICE STATION, ) ) ) ) ) ) | **ORDER GRANTING TEMPORARY STAY** |
| Defendants. ) | |

The matter comes before the Court upon motion by all parties for a temporary stay of discovery and other deadlines in the Court's Scheduling Order. The grounds for the stay are that Defendant FCA US LLC has filed a dispositive motion.

The Court has discretion to grant such a motion under Federal Local Rule 16.00(C). I find that it is appropriate and in the interests of justice to grant the motion and temporarily stay discovery and other remaining deadlines in the Scheduling Order during the pendency of the dispositive motion and its resolution.

AND IT IS SO ORDERED.

November 8, 2017  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge